ED. JACKSON v. THE STATE.

No. 9860.   Delivered November 4, 1925.

**Murder—Appeal Dismissed—Request of Appellant.**

Appellant having requested that his appeal be dismissed, in a written motion duly sworn to by him, the request is granted, and the appeal is ordered dismissed.

Appeal from the District court of Coleman County.   Tried below before the Hon. J. O. Woodward, Judge.

Appeal from a conviction of murder; penalty, fifty years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—This appeal was taken from a conviction in the district court of Coleman County for the offense of murder, with punishment fixed at fifty years in the penitentiary.

There appears in the record a sworn request of appellant asking that his appeal be dismissed. In compliance therewith it is ordered that the appeal be and the same is hereby dismissed.

*Dismissed*